# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RICKS,<br><br>                        Plaintiff,<br><br>   v.<br><br>RESOURCES FOR INDEPENDENCE CENTRAL VALLEY; MICHAEL BORUNDA; ROBERT HAND,<br><br>                  Defendants. | Case No. 1:15-CV-893 ---SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed June 12, 2015, Plaintiff Melvin Ricks seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Nonetheless, the Clerk of Court SHALL NOT issue new case documents and the summons until the Court has screened the complaint.

IT IS TO ORDERED.

DATED:  6/12/2015                          /s/ SANDRA M. SNYDER
                                           UNITED STATES MAGISTRATE JUDGE

1