**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELVIN RICKS, <br><br> Plaintiff, <br><br> v. <br><br> RESOURCES FOR INDEPENDENCE CENTRAL VALLEY; MICHAEL BORUNDA; ROBERT HAND, <br><br> Defendants. | CASE NO. 1:15-CV-893-AWI-SMS <br><br> FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL FOR FAILURE TO PROSECUTE |

Plaintiff Melvin Ricks, proceeding *in pro se* and *in forma pauperis*, filed an employment discrimination complaint on June 12, 2015. Doc. 1. On July 21, 2014, this Court screened the complaint and dismissed it in part with leave to amend. Doc. 4. That order directed Plaintiff to file an amended complaint or notify the Court in writing that he wishes to proceed only on claims found to be cognizable. Doc. 4. Plaintiff was advised that failure to comply with that order would result in this action being dismissed without prejudice. Doc. 4. Service was effectuated the same day. Doc. 5. As of October 6, 2015, Plaintiff has not filed an amended complaint or notified the court in writing of his willingness to proceed only on claims found to be cognizable.

Hence, it is hereby RECOMMENDED that the action is DISMISSED without prejudice, and the case closed.

These findings and recommendations are submitted to the United States District Court Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within thirty (30) days after being served with a copy, Petitioner may file written

objections with the Court, serving a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **October 8, 2015**                         **/s/ Sandra M. Snyder**
                                                                         UNITED STATES MAGISTRATE JUDGE